## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| CLAUDIA TITUS | ) | CASE NO 22-31949-crm |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | |

## ORDER

This matter having come before the Court on the Motion by the Debtor to Amend the Order of Confirmation, good cause having been shown, and the Court being sufficiently advised,

IT IS HEREBY ORDERED That the Debtor's Motion is GRANTED, and the Order of Confirmation is amended to increase the term of the plan to 60 months and the monthly plan payment to 650 per month to make the plan feasible. The Trustee is hereby authorized to increase any payroll deduction if the plan payments are payroll deducted to 650 per month for the remainder of this 60-month plan.

Charles R. Merrill
United States Bankruptcy Judge
Dated: May 31, 2023

ORDER PREPARED BY:
/S/NICK C. THOMPSON
Nick C. Thompson
Attorney for the Debtor
800 Stone Creek Parkway Suite 6
Louisville, KY 40223
502-625-0905 (telephone)
502-625-0940 (fax)
bankruptcy@bankruptcy-divorce.com